# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00393-CV

**Mary Decker, Appellant**

**v.**

**Clifford Homes, LLC, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## NO. 15-0508-CC4, HONORABLE MICKEY RAY PENNINGTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Mary Decker has filed "Relators Emergency Petition for Writ of Mandamus and Emergency Motion for Stay of Writ," asking that we stay the writ of possession to be executed pursuant to an order signed by the trial court on June 23, 2015.[1] We grant appellant's motion and temporarily stay the writ of possession pending further order of this Court. The Court orders the appellee to file a response to the motion on or before July 9, 2015.

It is so ordered July 2, 2015.

Before Justices Goodwin, Field, and Bourland

---

[1] Although appellant has styled her motion as a petition for writ of mandamus, it is actually a motion in a pending appeal, not an original proceeding.